# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 20-00053 LEK-WRP |
| CASE NAME: | Stephana Wooden et al., vs. Comprehensive Health Management, Inc., et al., |
| ATTYS FOR PLA: | David F. Simons<br>Rodney Parry Bridgers Jr., |
| ATTYS FOR DEFT: | Judy Mutsuye Iriye |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 2/26/2021 | TIME: | 9:45 am - 10:20 am |

COURT ACTION:  EP: (55-1) MOTION for Judgment on the Pleadings held.

Court's inclination filed on 2/25/2021 received by the parties.

Arguments heard.

Court has reviewed the written submissions and considered the arguments of counsel. The Court will GRANT IN PART and DENY IN PART the Motion as set forth more fully in the inclination filed on 2/25/21.  Specifically, Count I is dismiss with prejudice, and Counts II, III and IV are dismissed without prejudice and with leave to amend.  Deadline to file an Amended Complaint is:  **March 18, 2021 and Plaintiffs are reminded that if they fail to file an amended complaint by or before this deadline, this action will be dismissed.**

Any motions with regard to an amendment of the current deadlines as outlined in the Rule 16 Order will remain with Judge Kobayashi.

The inclination filed on 2/25/21 and the court minutes shall serve as the written order in this matter and no further Order shall be filed.

Submitted by: Agalelei Elkington, Courtroom Manager