# MINUTE ORDER

CASE NUMBER: CIVIL NO. 20-00053 LEK-WRP

CASE NAME: Stephana Wooden et al., vs. Comprehensive Health Management, inc. et al.,

JUDGE: Leslie E. Kobayashi     DATE: 6/30/2021

COURT ACTION:  EO: COURT ORDER DEEMING DEFENDANTS' MOTIONS WITHDRAWN AND VACATING BRIEFING SCHEDULE AND ORAL ARGUMENT

    Currently pending before the Court are Defendants Comprehensive Health Management, Inc. and WellCare Health Insurance of Arizona, Inc.'s ("Defendants") Motion to Sever Plaintiffs' Claims, filed May 5, 2021, and Motion for Summary Judgment, filed May 27, 2021 ("Motions"). [Dkt. nos. 94, 106.]  On June 28, 2021, counsel for Plaintiffs Stephana Wooden and Brandy Reeves ("Plaintiffs") informed the magistrate judge via email that the parties had agreed to global mediation, and requested certain deadlines related to the Motions be continued.  Based on Plaintiff's counsel's representations, the Motions are HEREBY DEEMED WITHDRAWN without prejudice to Defendants refiling the Motions by filing a one-page notice stating their intent to refile the Motions.  If the Motions are so refiled, the Court will issue a briefing schedule as necessary.  The hearing on Defendants' Motion for Summary Judgment, currently scheduled for July 23, 2021, is HEREBY VACATED.

    On June 30, 2021, counsel for the parties advised that they agree to consent to a magistrate judge trial in this matter.  Counsel are directed to file the appropriate consent form.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager